DAVID W. STORRS *et al.*

*v.*

THE CITY OF CHICAGO.

*Opinion filed June 21, 1900.*

This case is controlled by the decisions in *Lusk* v. *City of Chicago*, 176 Ill. 207, and *Davidson* v. *City of Chicago*, 178 id. 582.

WRIT OF ERROR to the County Court of Cook county; the Hon. ORRIN N. CARTER, Judge, presiding.

WILLIAM F. CARROLL, and M. F. CURE, for plaintiffs in error.

CHARLES M. WALKER, Corporation Counsel, ARMAND F. TEEFY, and WILLIAM M. PINDELL, for defendant in error.

Per CURIAM: The ordinance in this case is like the ordinances in *Lusk* v. *City of Chicago*, 176 Ill. 207, and *Davidson* v. *City of Chicago*, 178 id. 582, which were condemned in those cases. The rule announced in those cases must control here.

The judgment will be reversed and the cause will be remanded.                    *Reversed and remanded.*